IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN K. ADAMS JR.,

Defendant.

4:14CR3111


**ORDER**

The defendant's conditions of release are modified as follows:

1.    Defendant is no longer subject to home detention.  Instead, he is subject to location monitoring along with a curfew to be set by his Probation Officer.

2.    In all other respects, Defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing.

February 25, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge