IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN K. ADAMS JR.,<br><br>        Defendant. | 4:14CR3111<br><br>ORDER |

IT IS ORDERED:

1) The defendant's motion for a temporary modification of his release conditions, (filing no. 74), is granted.

2) The defendant's curfew, along with suspending any location monitoring, is temporarily lifted for a period of time, not to exceed one week, while Defendant drives his mother to East St. Louis, IL and assists her with his grandfather's transition to assisted living. During this trip, except as to the curfew and any location monitoring, Defendant shall comply with all other conditions of supervised release which were imposed at sentencing, along with all additional conditions of release imposed on the pending Petition.

3) Upon his return from the East St. Louis trip, Defendant shall again be subject to his curfew, and any location monitoring, along with all other terms and conditions of supervised release which were imposed at sentencing and those additional conditions of release imposed on the pending Petition.

April 28, 2016.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge