IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN K. ADAMS, JR.,<br><br>　　　　　　Defendant. | **4:14CR3111**<br><br>**ORDER** |

IT IS ORDERED that:

1.  The Defendant's Unopposed Motion to Continue Dispositional Hearing (filing 78) is granted.

2.  Defendant Brian K. Adams' violation of supervised release hearing is continued to December 16, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 28th day of September, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge