IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN K. ADAMS, JR.,<br><br>Defendant. | 4:14-CR-3111<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 80) the petition for offender under supervision (filing 57).

IT IS ORDERED:

1.  The plaintiff's Motion to Dismiss (filing 80) is granted.

2.  The petition for offender under supervision (filing 57) is dismissed.

Dated this 22nd day of November, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge